# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DAWN PIERRE,<br><br>    Plaintiff,<br>v.<br><br>BIG LOTS STORES, INC. and JOHN DOES 1-3,<br><br>    Defendants. | Civil Action File No:<br>19-cv-05091-AT |

## CONSENT MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY AND TO AMEND THE COURT'S SCHEDULING ORDER

COME NOW, the parties in the above-captioned case and move this Honorable Court for an Order extending the time to complete discovery, showing this Honorable Court as follows:

1.

On December 18, 2019, this Court entered a Scheduling Order placing the case on a six (6) month discovery track.

2.

Due to the outbreak of the Coronavirus 2019 (COVID-19) disease, this Court entered an additional Order on March 17, 2020 extending discovery by 30

days in all cases in which discovery had already commenced prior to April 16, 2020.

3.

On June 22, 2020, this Court granted the parties' Motion for Extension of Time to Complete Discovery through October 15, 2020.

4.

The parties have scheduled a private mediation to take place on October 27, 2020.

5.

The parties have exchanged written discovery and Plaintiff's remote deposition was conducted on April 30, 2020.  Plaintiff has requested the corporate representative deposition of Big Lots, but has agreed to postpone it in light of the scheduled mediation.

6.

In the event that mediation is unsuccessful, the parties will need additional time for Big Lots' deposition.  Additionally, the parties anticipate that there may be a need for additional fact witness and expert depositions requiring additional time.

7.

Based on the foregoing, the parties jointly request that the Court enter an

Order extending discovery by an additional 90 days.  This Court has the discretion to amend the Scheduling Order pursuant to Fed. R. Civ. P 16(b)(4).

WHEREFORE, the parties request that the Court enter an Order to permit discovery through January 15, 2021.

Respectfully submitted, this 28th day of September, 2020.

CONSENTED TO AND AGREED UPON BY:

DREW ECKL & FARNHAM, LLP

JENSEN LAW, LLC

s/ *Michelle Guthrie Whitelaw*
Barbara A. Marschalk
**State Bar of Georgia No. 324498**
Michelle Guthrie Whitelaw
**State Bar of Georgia No. 753702**
303 Peachtree Street, NE
Suite 3500
Atlanta, Georgia 30308
T: (404) 885-1400
E: bmarschalk@deflaw.com
E: whitelawm@deflaw.com
**Attorneys for Defendant**

s/ *Eric L. Jensen*
Eric L. Jensen
**State Bar of Georgia No. 391259**
*[Signed with express permission by Michelle Guthrie Whitelaw]*
Ellis C. Liu
**State Bar of Georgia No. 443689**
Steven A. Miller
**State Bar of Georgia No. 154011**
6111 Peachtree Dunwoody Road
Building G – Suite 201
Atlanta, Georgia 30328
T: (404) 835-9972
E: ejensen@eljlegal.com
E: eliu@eljlegal.com
E: stevenm@eljlegal.com
**Attorneys for Plaintiff**

## CERTIFICATE OF FONT COMPLIANCE

The undersigned counsel certifies that the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the Court in Local Rule 5.1 (C) and 7.1 (D).

This 28th day of September, 2020.

                                                       *s/ Michelle Guthrie Whitelaw*
                                                       Barbara A. Marschalk
                                                       ***State Bar of Georgia No. 324498***
                                                       Michelle Guthrie Whitelaw
                                                       ***State Bar of Georgia No. 753702***

DREW, ECKL & FARNHAM, LLP
303 Peachtree Street, N.E.
Suite 3500
Atlanta, Georgia 30308
Telephone:  404.885.1400
Facsimile:  404.876.0992
Email: bmarschalk@deflaw.com
Email: whitelawm@deflaw.com
***Attorneys for Defendant***

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DAWN PIERRE,<br><br>    Plaintiff,<br>v.<br><br>BIG LOTS STORES, INC.<br>AND JOHN DOES 1-3,<br><br>    Defendants. | Civil Action File No: 19-cv-05091-AT |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am counsel for Defendant Big Lots Stores, Inc. and that I have this day served a true and correct copy of the foregoing *CONSENT MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY AND TO AMEND THE COURT'S SCHEDULING ORDER* upon all parties to this matter by filing with the Court's CM/ECF system, which will automatically deliver e-mail notification of same to the following counsel of record:

Eric L. Jensen, Esq.
Ellis C. Liu, Esq.
Steven A. Miller, Esq.
Jensen Law, LLC
6111 Peachtree Dunwoody Road
Building G – Suite 201
Atlanta, Georgia 30328

- 2 -

This 28th day of September, 2020.

                                                              *s/ Michelle Guthrie Whitelaw*
                                                              Michelle Guthrie Whitelaw
                                                              ***State Bar of Georgia No. 753702***

303 Peachtree St., NE, Suite 3500
Atlanta, Georgia 30308
Telephone: (404) 885-1400
Facsimile: (404) 876-0992
E-mail: whitelawm@deflaw.com
***Attorneys for Defendant***